IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAWRENCE W. RANSTEAD,

        Plaintiff,

    v.

JO ANNE B. BARNHART,
Commissioner of
Social Security,

        Defendant.

Civil No. 05-1260-HU

ORDER

MARSH, Judge.

    Magistrate Judge Dennis James Hubel filed his Findings and Recommendation on January 22, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Hubel's Findings and

1 - ORDER

Recommendation #28. The Commissioner's motion (#25) for remand for further administrative proceedings is DENIED.  This action is remanded to the Commissioner for the payment of benefits.

    IT IS SO ORDERED.

    DATED this  14   day of February, 2007.

                                  /s/  Malcolm F. Marsh
                                Malcolm F. Marsh
                                United States District Judge