Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAWRENCE W. RANSTEAD<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>    Defendant. | CV 05-1260-HU<br><br>ORDER FOR EAJA<br>ATTORNEY FEES |

Based upon the stipulation of the parties, the Commissioner is ordered to pay $2,908.75 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney.

It is so ordered:

DATED 4/5/07

*Malcolm F. Marsh*
United States ~~Magistrate~~ District Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff

ORDER