Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAWRENCE W. RANSTEAD<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CV 05-1260-HU<br><br>ORDER GRANTING<br>ATTORNEYS' FEES UNDER<br>42 U.S.C. § 406(b) |

Attorneys' fees in the amount of $7,877.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the amount of $2,908.75 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorneys, the Commissioner is directed to subtract the amount previously awarded under the EAJA and send Plaintiff's attorney the balance of $4,968.25 minus any applicable processing fees as allowed by statute.

DATED this 28 day of June, 2007.

_/s/ Malcolm F. Marsh_
United States Magistrate Judge

Presented by:

/s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES